Form plncf13 − ntccnfpln13v27

## UNITED STATES BANKRUPTCY COURT

District of New Jersey

401 Market Street
Camden, NJ 08102

Case No.:  24−17091−ABA
Chapter:  13
Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Leslie Wendy Wright
   fka Leslie Wendy Martin, fka Leslie
   Wendy Pinheiro
   256 Regional Dr
   Penns Grove, NJ 08069

Social Security No.:
   xxx−xx−5082

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on October 10, 2024.

Dated: October 10, 2024
JAN: as

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                    Case No. 24-17091-ABA

Leslie Wendy Wright                                                                        Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1                               User: admin                               Page 1 of 3

Date Rcvd: Oct 10, 2024                            Form ID: plncf13                          Total Noticed: 35

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 12, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Leslie Wendy Wright, 256 Regional Dr, Penns Grove, NJ 08069-2218 |
| 520332564 | + | Atlantic City Expressway, PO Box 4971, Trenton, NJ 08650-4971 |
| 520332565 | + | Bowe and Odirizzi, 109 W Broad St, Tamaqua, PA 18252-1916 |
| 520344242 | + | CARNEYS POINT TOWNSHIP SEWERAGE AUTHORITY, 303 HARDING HIGHWAY, CARNEYS POINT NJ 08069-2248 |
| 520332566 | + | Carneys Point Sewer, 303 Harding Hwy, Penns Grove, NJ 08069-2248 |
| 520332569 | + | Di Nicola & Di Nicola, 381 S. Golfwood Ave., Penns Grove, NJ 08069-2833 |
| 520332570 | + | Global, 4343 S. 118th E. Ave., Suite 220, Tulsa, OK 74146-4405 |
| 520332572 | + | John J. Sheerin Mullooly Jeffrey Rooney & Fly, 6851 Jerico Turnpike, Suite 220, Syosset, NY 11791-4449 |
| 520332576 | + | Salem Medical Center, PO Box 95000, Philadelphia, PA 19195-0001 |
| 520332578 | + | State of New Jersey, Division of Taxation, 50 Barrack Street,, Trenton, NJ 08646-0001 |
| 520332579 | + | Sun Run, 600 California St #1800, San Francisco, CA 94108-2704 |
| 520332581 | + | Twp of Carneys Point, 303 Harding Hwy, Penns Grove, NJ 08069-2248 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Oct 10 2024 20:44:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 10 2024 20:44:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520332562 | ^ | MEBN | Oct 10 2024 20:38:10 | At&t, PO Box 2171, Southgate, MI 48195-4171 |
| 520332563 | + | Email/Text: bankruptcy@pepcoholdings.com | Oct 10 2024 20:44:00 | Atlantic City Electric, PO Box 13610, Philadelphia, PA 19101-3610 |
| 520346950 | + | Email/Text: bankruptcy@pepcoholdings.com | Oct 10 2024 20:44:00 | Atlantic City Electric Company, 5 Collins Drive Suite 2133, Mail Stop 84CP42, Carneys Point, NJ 08069-3600 |
| 520365541 | | Email/PDF: ebn_ais@aisinfo.com | Oct 10 2024 20:47:45 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520332567 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Oct 10 2024 20:44:00 | Credit Collection Services, 725 Canton Street, Norwood, MA 02062-2679 |
| 520332568 | ^ | MEBN | Oct 10 2024 20:38:02 | Delaware Department of Transportation, PO Box 697, Dover, DE 19903-0697 |
| 520332571 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 10 2024 20:43:00 | IRS, P O Box 7346, Philadelphia, PA 19101-7346 |
| 520374751 | | Email/Text: JCAP_BNC_Notices@jcap.com | Oct 10 2024 20:44:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 520370938 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Oct 10 2024 20:43:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |

| 520332573 | + | Email/Text: sacc1-docs@lgbs.com | Oct 10 2024 20:43:00 | Linebarger Goggan Blair & Sampson, LLP, PO Box 702118, San Antonio, TX 78270-2118 |
| 520401584 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Oct 10 2024 21:09:36 | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 520332574 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Oct 10 2024 20:47:20 | Midland Mortgage, 999 NW Grand Blvd # 110, Oklahoma City, OK 73118-6051 |
| 520397894 | | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Oct 10 2024 20:42:00 | New Jersey Turnpike Authority, Ramn de la Cruz, NJ Turnpike Authority, 1 Turnpike Plaza, P.O Box 5042, Woodbridge, NJ 07095 |
| 520332575 | + | Email/Text: bankruptcy@rubinrothman.com | Oct 10 2024 20:42:00 | Rubin & Rothman, LLC, 1787 Veterans Highway, Islandia, NY 11749-1500 |
| 520332577 | ^ | MEBN | Oct 10 2024 20:37:35 | South Jersey Gas, PO Box 6091, Bellmawr, NJ 08099-6091 |
| 520332580 | + | Email/Text: bankruptcy@bbandt.com | Oct 10 2024 20:43:00 | Truist, PO Box 580048, Charlotte, NC 28258-0048 |
| 520352919 | + | Email/Text: bankruptcy@bbandt.com | Oct 10 2024 20:43:00 | Truist Bank, Attn: Support Services, PO BOX 85092, Richmond, VA 23285-5092 |
| 520336053 | | Email/PDF: OGCRegionIIBankruptcy@hud.gov | Oct 10 2024 20:47:20 | U.S. Department of Housing and Urban Development, 26 Federal Plaza, Suite 3541, New York, NY 10278 |
| 520332582 | ^ | MEBN | Oct 10 2024 20:38:01 | Violations Processing Center, PO Box 15186, Albany, NY 12212-5186 |
| 520382610 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Oct 10 2024 20:59:08 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 520332583 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Oct 10 2024 20:59:02 | Wells Fargo-Bob's Furniture, PO Box 71118, Charlotte, NC 28272-1118 |

TOTAL: 23

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 12, 2024                          Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 10, 2024 at the address(es) listed below:**

| Name | Email Address |
|------|---------------|
| Andrew B Finberg | ecfmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us |

Denise E. Carlon
                          on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Terry Tucker
                          on behalf of Debtor Leslie Wendy Wright terrytucker@comcast.net

U.S. Trustee
                          USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 4