Printed on: 12/31/2024  
ANDREW B. FINBERG [*ICB-99001-00*]

Page 1 of 2

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
Case Number: 24-17091 (ABA)

Leslie Wendy Wright  
256 Regional Dr  
Penns Grove, NJ  08069

Monthly Payment: $160.00  
Payments / Month: 1  
Current Trustee Comp.: 10.00%

**For the period of 01/01/2024 to 12/31/2024**
**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 08/23/2024 | $160.00 | 09/23/2024 | $160.00 | 10/23/2024 | $160.00 | 11/25/2024 | $160.00 |
| 12/26/2024 | $160.00 | | | | | | |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | LESLIE WENDY WRIGHT | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | TERRY TUCKER, ESQUIRE | 13 | $4,150.00 | $576.00 | $3,574.00 | $0.00 |
| 1 | AT&T | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2 | ATLANTIC CITY ELECTRIC COMPANY | 33 | $661.63 | $0.00 | $661.63 | $0.00 |
| 3 | ATLANTIC CITY EXPRESSWAY | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4 | CAPITAL ONE, N.A. | 33 | $2,076.24 | $0.00 | $2,076.24 | $0.00 |
| 5 | CARNEYS POINT TWP. SEWERAGE AUTHORITY | 24 | $1,180.47 | $0.00 | $1,180.47 | $0.00 |
| 6 | CREDIT COLLECTION SERVICES | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 7 | DELAWARE DEPARTMENT OF TRANSPORTATION | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8 | DI NICOLA & DI NICOLA | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9 | U.S. DEPARTMENT OF HOUSING & URBAN DEVELOPMENT | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10 | DEPARTMENT OF THE TREASURY | 28 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11 | JOHN J. SHEERIN MULLOOLY JEFFREY ROONEY & FL | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12 | LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 13 | MIDLAND MORTGAGE | 24 | $334.18 | $0.00 | $334.18 | $0.00 |
| 14 | JPMORGAN CHASE BANK, N.A. | 33 | $4,962.79 | $0.00 | $4,962.79 | $0.00 |
| 15 | SALEM MEDICAL CENTER | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 16 | SOUTH JERSEY GAS | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 17 | STATE OF NEW JERSEY | 28 | $0.00 | $0.00 | $0.00 | $0.00 |
| 18 | SUN RUN | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 19 | TRUIST BANK | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 20 | TWP OF CARNEYS POINT | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 21 | U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 22 | Violations Processing Center | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 23 | WELLS FARGO BANK, N.A. | 33 | $2,692.78 | $0.00 | $2,692.78 | $0.00 |
| 24 | ANDREW B FINBERG | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 25 | TERRY TUCKER | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 26 | JEFFERSON CAPITAL SYSTEMS, LLC | 33 | $3,732.58 | $0.00 | $3,732.58 | $0.00 |
| 27 | NEW JERSEY TURNPIKE AUTHORITY | 33 | $248.15 | $0.00 | $248.15 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

**Case Steps**

| Start Date | No. Months | Payment |
|---|---:|---:|
| 08/01/2024 | 1.00 | $0.00 |
| 09/01/2024 | Paid to Date | $320.00 |
| 10/01/2024 | 8.00 | $160.00 |
| 06/01/2025 | 50.00 | $409.00 |
| 08/01/2029 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $800.00 |
| Total paid to creditors this period: | $0.00 |
| Undistributed Funds on Hand: | $144.00 |
| Arrearages: | $0.00 |
| Attorney: | TERRY TUCKER, ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**